UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| CAMERON MATHEW ROSE, | Case No.: 3:19-CV-00166-RCJ-WGC |
| Plaintiff, | ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 6) |
| vs. | |
| THE CITY OF RENO, *et al.*, | |
| Defendants. | |

Before the Court is the Report and Recommendation of United States Magistrate Judge William G. Cobb (ECF No. 6[1]) entered on July 18, 2019, recommending that the Court grant Plaintiff's IFP application, and allowing some claims to proceed, dismissing some claims with leave to amend and dismissing others with prejudice and deny as moot the motion for assistance with service. On August 5, 2019, the Plaintiff filed his Motion for Extension on Amended Complaint and Objections to Magistrate Judge's Report and Recommendation (ECF Nos. 7, 8).

This action was referred to Magistrate Judge Cobb under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties including the parties' objections to the Report

---
[1] Refers to Court's docket number.

1

and Recommendation and other relevant matters to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

**IT IS HEREBY ORDERED** that United States Magistrate Judge Cobb's Report and Recommendation (ECF No. 6), shall be **ADOPTED and ACCEPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Application for *In Forma Pauperis* (ECF No. 1) is **GRANTED**. Plaintiff is permitted to maintain this action without prepaying the filing fee or giving security therefor. This order does not extend to the issuance of subpoenas at government expense.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall file the Complaint (ECF No. 1-1).

**IT IS FURTHER ORDERED** that the Complaint shall **PROCEED** with: the unlawful seizure claim in Count I against Borba; the unlawful seizure claim in Count 2 against Bohr, and the Doe officers when identified.

**IT IS FURTHER ORDERED** that the following claims are **DISMISSED WITH LEAVE TO AMEND**: the ADA claims in Count 1 against the Cal Neva and in Count 2 against the Silver Legacy; the unlawful seizure claims against the City of Reno/Reno Police Department in Counts 1 and 2; the due process claim in Count 1; the unlawful seizure claim against Herrick and the Silver Legacy in Count 2; the unlawful seizure and excessive force claims in Count 3.

**IT IS FURTHER ORDERED** that the following claims are **DISMISSED WITH PREJUDICE**: the ADA claims in Count 1 against Steward and Howard, and in Count 2 against Blanco and Herrick; the free speech claim in Count 1; the due process claim in Count 2; the claims in Count 4; the claims for coercion.

**IT IS FURTHER ORDERED** that the Motion for Assistance (ECF No. 5); and Motion for Extension of Time to File Amended Complaint (ECF No. 7) are **DENIED AS MOOT.**

**IT IS FURTHER ORDERED** that the Court will issue summonses for the Defendants and address service on the Amended Complaint (ECF No. 9).

**IT IS SO ORDERED.**

Dated this 8th day of October, 2019.

_____
ROBERT C. JONES
Senior District Judge