UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| CAMERON MATHEW ROSE,<br><br>            Plaintiff,<br><br>vs.<br><br>CITY OF RENO, *et al.*,<br><br>           Defendants. | Case No.: 3:19-CV-00166-RCJ-WGC<br><br>ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 23) |

      Before the Court is the Report and Recommendation of United States Magistrate Judge William G. Cobb (ECF No. 23[1]) entered on April 14, 2020, 2020, recommending that the Court deny Plaintiff's Motion for Leave to File Amended Complaint (ECF No. 19).  No objection to the Report and Recommendation has been filled.

      This action was referred to Magistrate Judge Cobb under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

      The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

---

[1] Refers to Court's docket number.

1

IT IS HEREBY ORDERED that Magistrate Judge Cobb's Report and Recommendation (ECF No. 23) is ADOPTED and ACCEPTED.

IT IS FURTHER ORDERED that Plaintiff's Motion for Leave to File Amended Complaint (ECF No. 19) to file the Proposed Final Amended Complaint (ECF No. 20) is DENIED.

IT IS FURTHER ORDERED that Plaintiff shall file a Third Amended Complaint consistent with Magistrate Judge Cobb's Report and Recommendation (ECF No. 23) on or before June 22, 2020.

IT IS FURTHER ORDERED if Plaintiff fails to file a Third Amended Complaint on or before June 22, 2020, that the action will be dismissed.

IT IS SO ORDERED.

Dated this 20th day of May, 2020.

_____
ROBERT C. JONES
United States District Judge