**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CAMERON MATHEW ROSE, ) | 3:19-cv-00166-RCJ-WGC |
| ) | |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| vs. ) | |
| ) | August 24, 2020 |
| CITY OF RENO, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KAREN WALKER     REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Request for Time Extension" (ECF No. 26). Plaintiff requests an extension of time to and including October 5, 2020, in which to file an Amended Complaint.

Plaintiff's "Request for Time Extension" (ECF No. 26) is **GRANTED**. Plaintiff shall have to and including **October 5, 2020**, in which to file an Amended Complaint. **There shall be no further extensions granted barring unforeseen and extenuating circumstances.**

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:   /s/ _____
         Deputy Clerk