UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

|  |  |
|---|---|
| CAMERON MATHEW ROSE,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF RENO, *et al.*,<br><br>Defendants. | Case No.: 3:19-CV-00166-RCJ-WGC<br><br>ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 33) |

Before the Court is the Report and Recommendation of United States Magistrate Judge William G. Cobb (ECF No. 33[1]) entered on April 19, 2021, recommending that the Court dismiss the Third Amended Complaint (ECF No. 29) and close this action. On May 3, 2021, Plaintiff filed his Objections to Magistrate Judge's Report and Recommendation (ECF No. 34).

This action was referred to Magistrate Judge Cobb under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

---
[1] Refers to Court's docket number.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties including the parties' objections to the Report and Recommendation and other relevant matters to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

**IT IS HEREBY ORDERED** that United States Magistrate Judge Cobb's Report and Recommendation (ECF No. 33), shall be **ADOPTED and ACCEPTED**.

**IT IS FURTHER ORDERED** that the Third Amended Complaint (ECF No. 29) is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Delay Decision (ECF No. 30) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly and close this case.

**IT IS SO ORDERED.**

Dated this 10th day of May, 2021.

_____
ROBERT C. JONES
United States District Judge