AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

CAMERON MATHEW ROSE,

        Plaintiff,

v.

CITY OF RENO, *et al.*,

        Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: **3:19-CV-00166-RCJ-WGC**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that United States Magistrate Judge Cobb's Report and Recommendation (ECF No. 33) is adopted and accepted.

It is further ordered that the Third Amended Complaint (ECF No. 29) is dismissed with prejudice.

It is further ordered that Plaintiff's Motion to Delay Decision (ECF No. 30) is denied as moot.

It is further ordered that judgment is entered in accordance with this Court's Order (ECF No. 35) and this case is closed.

Date: 5/10/2021

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*